# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2012

144842

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JANNETTE E. YERGEAU,
      Plaintiff-Appellee,

v

DONALD L. BLEICH and BLEICH & MAIS,
      Defendants-Appellees,

and

CARL R. BURDICK and BURDICK &
ENGELN, PLC,
      Defendants-Appellants.

SC: 144842
COA: 301400
Berrien CC: 2009-000228-NM

_____/

On order of the Court, the application for leave to appeal the February 14, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2012

_____
Clerk

h0919